Dismissed and Memorandum Opinion filed July 29, 2004









Dismissed and Memorandum Opinion filed July 29, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01364-CR

____________

 

BILAL ABDALLAH,
Appellant

 

V.

 

THE STATE OF
TEXAS, Appellee

 



 

On Appeal from the
262nd District Court

Harris County, Texas

Trial Court Cause No. 966,195

 



 

M E M O R A N D U M   O P I N I O N

Appellant was charged in the 351st District Court, in trial
court cause number 967,894, with the offense of engaging in organized
activity.  Bond was set at $1,800,000,
but was later reduced to $1,000,000. 
Appellant filed an application for writ of habeas corpus, claiming the
bond was excessive.  The trial court
denied the application.  Appellant filed
an appeal from the trial court=s denial of his application for writ of habeas corpus.








On July 14, 2004, this court was advised that the underlying
criminal case against appellant was dismissed on July 9, 2004. Because the
underlying case has been dismissed, this appeal is moot.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

Judgment rendered and Memorandum
Opinion filed July 29, 2004.

Panel consists of Justices Fowler,
Edelman, and Seymore.

Do Not Publish C Tex. R. App. P. 47.2(b).